**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

30428-077
**(Inmate Number)**

DAVID E. KATES
**(Name of Plaintiff)**

U.S.P. Lewisburg P.O. BOX
**(Address of Plaintiff)**

1000 Lewisburg, PA 17837

**vs.**

B.A. Bledsoe (Warden)

Harley G. Lappin (B.O.P)

Director
**(Names of Defendants)**

11-391
**(Case Number)**

"JURY TRIAL DEMANDED"

**COMPLAINT**

FILED
SCRANTON

MAR 01 2011

PER

DEPUTY CLERK

**TO BE FILED UNDER:** _____ 42 U.S.C. § 1983 - STATE OFFICIALS

_✓_ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   Previous Lawsuits

   A.   If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Kates V. Venfurth et al 1:08-CV-1235

2008  John A. Gorman U.S. Magistrate Judge

Kates V. Rebbecca Tamez 4:07-CV-777-Y

2007 Charles Bloil U.S. Magistrate Judge

II.  Exhaustion of Administrative Remedies

   A.   Is there a grievance procedure available at your institution?
     X_Yes  ____No

   B.   Have you filed a grievance concerning the facts relating to this complaint?
     X_Yes  ____No

     If your answer is no, explain why not _____N/A_____

   C.   Is the grievance process completed?  X_Yes  ____No

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A.    Defendant _B. A. Bledsoe_ is employed

as _the Warden_ at _U.S.P. Lewisburg_

B.    Additional defendants_____

_____

_____

_____

_____

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1.    This defendant (Warden B.A. Bledsoe) is involved because he is the primary caretaker / head of U.S.P. Lewisburg & is in charge of all of his subordinates and has authority to enforce

2.    C.F.R's, Program Statements and all other policies governing this prison he is being sued in his individual & official capacity. The second defendant Harley G. Lappin

3.    is the director of the B.O.P. he controls & governs the entire B.O.P. (via) the department of justice and signed the policy that govern this (S.M.U.) special management unit.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. Plaintiff seeks compensatory damages in the amount $100.00 dollars a day for everyday he has been subjected to these conditions from July 6 2010 until current

2. date            2011, also punitive damage to enforce penalties from this type of future conduct to myself and others and at the very least injuntive relief and nominal damages.

3. Also to reserve my rights to bring up additional evidence + defendants as they become known.

Signed this  23  day of  February  , 2011.

David E. Kates
**(Signature of Plaintiff)**

I declare under penalty of perjury that the foregoing is true and correct.

2-23-2011                    David E. Kates
**(Date)**                       **(Signature of Plaintiff)**

3

IV. Statement of the Claim [attachment pg.]

This 1331 complaint arises from, inhumane living conditions at U.S.P. Lewisburg which has resulted "cruel living conditions a violation under the 8th amendment. Since my arrival here at U.S.P. Lewisburg on July 7, 2010 I have attempted verbally and thru the administrative remedy process inform all concern parties of these cruel conditions [SEE copies of complaint/request signed by Ass. Warden K. Rear as Exhibit A. This old building which was built in 1932 has several violations including (1) hot cells which are not properly ventilated has no air circulation and can reach tempertures up to 120 degrees, we are in these cells 23 to 24 hrs a day. Furthermore the cells are roach infested and rat infested, these roaches are breeding by the thousands and can-not be control, I even presented several dead roaches which I killed in the cell to the safety personel during my inital (A+O) admission + orientation on August 2010, also I sent several dead roaches to the Central office, local judge and the A.C.L.U. of pennsylvania as evidence of these conditions. SEE exhibit B as verification from response letter from A.C.L.U. The cells have rust around the toilets, chip lead paint and traces of abestos all over the cells, again we are in these cells 23 to 24 hrs a day. This old building can-not be retrofitted to meet ▬▬▬ modern day

(1.)

living standards. These cells since my arrival in July of 2010 until this current date of Febuary 2011 are not fit for human habitation and in complete violation due to this improper ventelation system, lead paint, abestos, vermain and rat + roach infestation. The evidence along with the attach exzibits in the record will verify all accusations, furthermore affidavits from myself and other inmates will contribute towards revealing these cruel violations.

* Official Knowledge of Deprivation *

Deliberate indifferences involves two requirements first, an official must actually know about an substantial risk of serious harm and second, that official must fail to respond reasonably I have inform all excutive staff about these violations (via) serving A.W. K. Rear, A.W. Young, A.W. Hudson and Warden B.A. Bledsoe an informal complaint on or around January 12 or 13, 2011 thru my case-manager B. Hamilton. Furthermore enclosed as evidence exzibit-C-1, C-7 verifies I have notified medical staff of the harming effects these inhumane conditions have had on my health (e.g.) insect bites, loss of weight, heat rashes, insomina + respitory problems. The executive have not reasonably responded to my complaints during my 7½ month stay, I have pending medical

(2.)

appointments for ~~respiratory~~ test, blood test etc and my health has contenue to deterio-rate over the months. All evidence submitted as exibits will further verify and prove this grave, cruel constitutional violation. A jury trial is demanded. Complaint for Money Damages and Injunction.

## Conclusion

Administrative Remedy Requirements have been reached and exhausted at this time. The B.O.P. and U.S.P. Lewisburg has a 4-step process 1- BP-8 informal attempt, 2 BP-9 warden response 3 BP-10 regional Director response and ~~~~-4 BP-11 central office response. Remedy # 599686 has failed to be responded to at the final level/ Central office per policy 1330.16 on time limits. Only one extension notice is required base on~~~~ this policy and the final due date was November 20, 2010. Therefore policy states to assume it denied. [SEE copy of receipt verifying all (4) steps were exhausted per policy.]

A.W. Rear
7/13-2010

TO: D. Hates # 30428-0T?
G B-17-S.M.U.

<u>Request</u>

This request is in regards to several violations on G B-Block / S.M.U. that need to be addressed A.S.A.P According to C.F.R 541.40 and other B.O.P. policy + regulations, all cells <u>must be adequately heated, lighted, well vent-ilated and keep in sanitary conditions at all</u> times. The current ■ Block-Unit has several violations, these cells are (extremely hot) and are not fit for human habitation.

<u>Violations</u>

1.) No ventilation, extremely hot cells (SEE C.F.R 541.40)
2.) Unsanitary, roaches, mice, vermain etc (SEE C.F.R 541.40)
3.) Lead paint, rust, abestos violations (SEE A.C.A. standars
4.) These cells can-not be retro-fitted to meet ■■■ modern day living standards.
5.) Cruel + unusual punishment (8th amendment)

\* A Written Disposition is Requested \*

Thank you for your input.
K Rear

*EXZIBIT-B*



**ACLU Foundation of Pennsylvania**
**PO Box 40008**
**Philadelphia, PA 19106-0008**
**(215) 592-1513 ext 1**

August 23, 2010

David Kates
Inmate# 30428-077
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Dear Mr. Kates:

The American Civil Liberties Union of Pennsylvania's legal department has reviewed your complaint. Unfortunately we are unable to offer you legal counsel at this time.

The ACLU of Pennsylvania is a privately funded non-profit organization that seeks to preserve and extend certain constitutional principles, most of which are found in the Bill of Rights. ACLU carries out its mission through political lobbying and public education, and also by undertaking a limited number of legal cases in which a person's or persons' civil liberties have been violated. Our office, however, has only one full-time attorney on staff, making it impossible to accommodate every individual seeking our assistance.

We recommend that you contact the following organizations:

Lewisburg Prison Project (LPP)/ Central Office of Pennsylvania Institutional Law Project (PILP)
P.O. Box 128
Lewisburg, PA 17837
Phone: 570-523-1104
Fax: 570-523-3944
Email: prisonproject@dejazzd.com
Website: http://www.lewisburgprisonproject.org

Pennsylvania Bar Association Lawyers Referral Service
P.O. Box 186
Harrisburg, PA 17108-0186
Phone: 1-800-692-7375
Website: www.pabar.org/public/Membership/lrsblurb.asp

Pennsylvania Department of Corrections
Website: http://www.cor.state.pa.us/portal/server.pt/community

/department_of_corrections/4604

Although we cannot guarantee their assistance, they may be better able to help you with your complaint. We are sorry our office cannot do more for you.

Sincerely,

THE AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA

Exhibit C-1

8-8-2010                          D. Kates #30428-077
P.A. Zook                         Medical

Request

This request is a call to an regaards to
a couple of things pertaining to my health.
(1) I need the triple antibiotic ointment for
the sores & around my nose, that we discuss
Also I need my own check out feather for
more damage, it to (going numb) on me
day after day.

* A Written Deprecation is requested *

Med. Dept.
P.A. 200/k

So the naproxen is not helping? My prior exam notes discuss obtaining an x-ray of your neck if the problems persist. Let me know if you'd like to have them done.

V. Smith PA
8/22/06

*Exibit C-2*

BP-S148.055   **INMATE REQUEST TO STAFF** CDFRM           **U.S. DEPARTMENT OF JUSTICE**
SEP 98                                                     **FEDERAL BUREAU OF PRISONS**

| TO; (Name and title of staff member): *Medical Dept.* | DATE: *9-16-2010* |
|---|---|
| FROM: *David E. Mates* | REGISTRATION #: *30428-077* |
| WORK ASSIGNMENT: *Unassigned* | UNIT: *S.M.U. / 304* |

SUBJECT:   (Briefly state your question or concern and the solution you are requesting. Continue on back, if
necessary. Your failure to be specific may result in no action being taken. If necessary, you will be
interviewed in order to successfully respond to your request.)

*I am having serious problem with
my (right arm going numb) daily,
this problem was check out about 4
or 5 weeks ago by P.A. Zook and has not
gotten better. I need a X-RAY or M.R.I.
A.S.A.P.  Also I need the blood test
done, the annual 45 & over colon, prostate
~~____~~ cholesteral etc check.
               Thanks!*

\* *A Written Disposition is Requested* \*
                                    (Continue on back if necessary)

(Do not write below this line)

Disposition:  *X-ray for cervical spine is
scheduled. Will discuss after films
are completed.*

*Labs will be ordered + discussed once complete*

| Signature of staff member; *[signature]* | Date: *9-22-10* |
|---|---|

*Exzibit C-1*

Medical Dept.                          D. Kates # 30428-077
P.A. Zook                              G-304/SMU
7-18-2010

## Request

P.A. Zook this sick call/request is in regards to the problems I have been having due to the (severe heat) in the cells. I have encountered heat rashes under armpits, difficulty breathing, and weight loss since my arrival on 7-6-2010. I cannot eat, sleep, think or urinate or defacate on a normal bases due to everything being off balance in these hot cells. Please set-me up for a full evaluation.
                              Thanks!

## * A Written Disposition is Requested *

Try anti-fungal powder, hydrocortisone lotion and/or allergy tabs (CTM) from Commissary. Practice good hygiene/sanitation & keep rashy areas as clean/dry as possible. And you can think, how else did you write the note :-) I know the cells are hot. If you have significant heat stress, you will be treated.

B- In regards to your neck/arm complaint from subsequent note - see attached exercises     V Zook
Naproxen prescribed - share extra sheet (s) a friend who may need it.

Exhibit G-11

7-11-2010                           D. Kates #30428-0
P.A. Zook                           G-304/S.M.U

## Request

  This request is in regards to some serious medical issue that, I am currently dealing with due to the extreme heat in the cells (i.e.) heat rashes under arm pits & back, weight loss and difficulty breathing. I would like to be evaluated for these problems A.S.A.P.
       Thanks!

  &ast; A Written Disposition is Requested &ast;
NOTE: Please do - not throw my copout in the trash!

Chart reviewed   No documented reactive airway disease - Heat/Humidity Cause many people discomfort, however, are not life threatening. Same w/ rash. Clean w/ Water/soap daily

EXHIBIT 5

7-28-2010                               D. Mateo #30428-077
Medical Dept.
P.A. Zook

<u>Request</u>

This request/sick call is in regards to
a serious medical problem I am having, my
right side of my neck, shoulder + arm is in
severe pain. This problem has been bothering
me for the last (5) days. I need an x-ray
A.S.A.P. Also the medical records I requested
from 7-6-2010 to 7-23-2010 was not given
to me only records from (7-6-2010 to 7-13-2010)
There was <u>no documentation</u> of weight loss
rashes or breathing problems documented in
these records per P.A. Zook.

* A Written Disposition is Requested *
Do Not throw request in
trash!

see prior reply ... scales provided on triage basis secondary to time constraint

Exhibit "6"

D. Kates #30428-077                    P. A. Zook
C-306                                  10-25-2010

## Request

This request is in regards to the extreme heat in the cells, I am suffering from heat exhaustion, cramps night sweats and difficulty breathing. I need some type of relief from this condition

## Please Help!

## A Written Disposition is Requested!

Keep windows open. Drink plenty of water. Use the salt on your lunch & dinner trays as it will help replace electrolytes lost to sweat.

Take complaint of environmental conditions to your unit team, AW of operations and/or the safety office.

Thanks

K Zook PA-c

Exhibit 667

11-29-2010                              D. Kates # 30428-077
P.A. Zook - Med-Dept.                   C-308

## Request

This medical request is in regards
to several _medical request_ I made regarding
loss of weight, cramps in stomach, dizziness
due to eating only apples & bread for 7-straight
days I was placed on bag-lunch from 7-23-10
to 7-30-10. I _do not_ eat meat or cheese and
all- C-Unt staff refuse to give me a substitute
for my _no-meat_ diet. Everyone said it is
over there head, even P.A. Zook stated it is
over his head & on executive staff. I am just
trying to get a written disposition, that I
seek medical assistance and notified medical
in writing 3- times, this being the fourth.

### THANK YOU!

**\* A Written Disposition is Requested \***
Please _Do-Not_ throw away!

---

Your situation did not require urgent, unscheduled
evaluation. I did discuss this w/ food service &
health service department staff Concessions are not made on
the contents of the sac lunch, though I did make them
aware of your food preference.

Exhibit 61

G - Unit
B - 19

[Outside Temp.]          Days in cell

1.) 90+ Degrees        7-6 2010
2.) 95+ Degrees        7-7 2010
3.) 100+ Degrees       7-8 2010
4.) 100+ Degrees       7-9- 2010
5.) 90+ Degrees        7-10- 2010
6.) 95+ Degree         7-11 2010
7.) 100+ Degrees       7-12 2010
8.) 100+ Degrees       7-13- 2010
9.) 100+ Degrees       7-14 2010
10.) 95+ Degrees       7-15- 2010
11.) 95+ ( )           7-16- 2010
12.) 100+ ( )          7-17- 2010
14.) 100+ ( )          7-18- 2010
15.) 95+ ( )           7-19- 2010
16.) 95+ ( )           7-20- 2010
17.) 95+ ( )           7-21- 2010
18.) 95+ ( )           7-22- 2010
19.) 95+ ( )           7-23- 2010
10.) 100+ ( )          7-24- 2010

in cells on G-Bh from
July 6 until Sept 24 2010

Formal - Complaint / Petition
for
Executive Staff

1)

TO: B.A. Bledsoe (warden), A.W. Young (ass. warden)
H. Rear (ass. warden) D. Hudson (ass. warden)

Subject: Cruel and Unusual Punishment in U.S.P
Lewisburg (S.M.U.) Special Management Unit.

Violations: Inhumane living conditions,
No proper ventilation system, excessive heat,
exposure to insects, rodents and other vermain
lead paint and asbestos exposure. P.S. 5217.01
approved by B.O.P. Director Harley G. Lappin title
[purpose and scope] states "the S.M.U. program is
non punitive" all conditions of confinement
shall be in accordance with the policy on
Occupational Safety Environmental and Fire
Protection". C.F.R. 541.21 governs living conditions
in 23-1 Confinement, U.S.P Lewisburg is in violation
of the above mention violations [SEE C.F.R. 541.21(C)(1)
P.S. 5211.01 and the U.S. Dept. of Justice Institution
Supplement for S.M.U. all in there entirety.]
These violations has been in existence since
the opening of the S.M.U. and U.S.P Lewisburg
in 1932.

## Statement of Complaint

2.)

This complaint will be brief, straight to the point and accompanied with signatures verifying all accusations. Since my arrival on July 7, 2001 I have been subjected to inhumane cruel living conditions (i.e.) extremely hot cells, inadequate ventilation, exposure to roaches, rats and other vermain, rust & lead paint exposure inadequate shower stalls all while living on G-Unit from July 7, 2010 until September 24, 2010 Other violations that I am aware of or have witness and can be verified by other inmates within this petition, is unnecessary use of force, implementation of coporal punishment in a prison institution, inhumane, barbaric, torture, oppression and calculated scare tactics all use in a vile tyrant manner to enforce prison rules. Furthermore illegal use of restraints has been used on several occasions to force peace- ful inmates to take a cella, all in violation of [C.F.R. 552.22 Principles Governing The Use of Force and application of restraints, [C.F.R. 552.24 Use of Four point restraints [55 1.27 Documentation of Use of Force and Application of Restraints [SEE any video footage and E.M.S. 583 & 586 forms] which are to be maintained for two¹² years per 552.27 + 5566.05 15 (d) pg.14 All inmates who print and sign there signatures herein this complaint/petition can attest to as true fact, that right today

3.)   On 10 __ 2010 U.S.P Lewisburg S.M.U.
which is a non punitive program per P.S.
5217.01 has subjected all signees of this
petition to inhumane, cruel prison conditions
as sentence B.O.P. inmates.

## Statement of Facts

1.) It is truth and fact that U.S.P Lewisburg
S.M.U. has these violations right today.

2.) It is fact P.S. 5217.01 signed by B.O.P. Director
Harley G. Lappin (govern) the S.M.U.

3.) It is fact P.S. 5566.05, P.S. 3420.09, C.F.R. 541.21,
C.F.R. 552.22, C.F.R. 552.24 and 552.27 has been
violated

4.) It is fact that policy on the Occupational
Safety Environmental and Fire Protection manual
is being violated.

5.) It is fact that all relevant information use
as reference materials P.S, C.F.R's etc is B.O.P./
D.O.J. materials.

6.) It is truth and fact the U.S.P Lewisburg
is in violation of the Anti-Torture of Person
Held in U.S. Custody Act implemented in Novem-
ber 2009 by President Obama

4.)     * Staff who have witnessed
          Violations in there offical capacities *

1. B.A. Bledsoe (warden)
2. D. Young    (A.W)
3. D. Hudson    (A.W)
4. H. Rear     (A.W.)
5. S. ████████  (Capt.)
6. S. Snider  (capt.)
7. D. Brewer (U.M.)
8. Hendrickson (CASE. MON.)
9. D. Lentini (counselor)
10. DR. Munh (psych.)
11. P.A. K. Zook (med.)
12. C.O. G. Klwago
13. C.O. G. Wise
14. C.O. H. Bower
15. C.O. H. Moffat

16. C.O. D. Rogers
17. C.O. R. Wickham
18. C.O. D. Campbell
19. C.O. A. Kranzel
20. A. McCallum (med.)
21. C.O. R. Sibella
22. C.O. S. Booth
23. C.O. J. Lutz
24. C.O. F. Klosner
25. C.O. D. Vegh
26. C.O. E. Klinefetter
27. C.O. T. Crowley
28. C.O. T. Brinks
29. C.O. C. Schlauch
30. C.O. T. Twist

Exzibit - E

| 5) | Name | Signature |
|----|------|-----------|
| 1. | DAVID E. KATES #30428-077 | David E. Kates |
| 2. | DARNEII NORTON #02883-029 | Darnell Norton |
| 3. | Michael Wallace #35842-007 | Michael V. Wallace |
| 4. | DANEON DALEY | |
| 5. | Derek L. Maddox #29677-112 | |
| 6. | Nakia Pettus, #11015-002 | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

*E X Z I B I T - F*

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 28, 2010

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DAVID EARL KATES, 30428-077
      LEWISBURG USP    UNT: C-BLOCK    QTR: C03-306U

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 599686-A1
DATE RECEIVED   : SEPTEMBER 21, 2010
RESPONSE DUE    : NOVEMBER 20, 2010
SUBJECT 1       : TRANSFER - OTHER
SUBJECT 2       : SPECIAL MANAGEMENT UNIT
INCIDENT RPT NO:

*S.M.U. Living*
*Conditions*

| REMEDY-ID | REG | NAME | | ORIG UNIT OR LOC/QTRS/FACL |
|---|---|---|---|---|
| | STATUS-DATE | STATUS | DATE-RCV | RCV-OFC   RCV-FACL   EVNT-FACL |
| | SUBJ1/SUBJ2 | ---------------------ABSTRACT------------------------ | | |

| 596310-F1 | 30428-077 | KATES, D | | B/SMU | B03-202L | FLP |
|---|---|---|---|---|---|---|
| | 07-16-2010 | CLD | 06-29-2010 | FLP | FLP | FLP |
| | 33GM/ | REQUEST LEGAL MATERIAL FROM PERSONAL PROPERTY | | | | |

| 596382-F1 | 30428-077 | KATES, D | | B/SMU | B03-202L | FLP |
|---|---|---|---|---|---|---|
| | 06-29-2010 | REJ | 06-29-2010 | FLP | FLP | FLP |
| | 32DM/ | REQUEST CORRECT MISTAKE | | | | |

| 596458-F1 | 30428-077 | KATES, D | | B/SMU | B03-202L | FLP |
|---|---|---|---|---|---|---|
| | 06-30-2010 | REJ | 06-30-2010 | FLP | FLP | FLP |
| | 16ZM/25ZM | REQUEST TO ABLE TO RECEIVE NEWSPAPER | | | | |

| 599686-F1 | 30428-077 | KATES, D | | G-BLOCK | G03-304U | LEW |
|---|---|---|---|---|---|---|
| | 07-29-2010 | CLD | 07-22-2010 | LEW | LEW | LEW |
| | 10ZS/ | CLAIMS CELLS NOT UP TO STANDARDS/WANTS TRANSFER | | | | |

G0002       MORE PAGES TO FOLLOW . . .

Exzibit-F-1

*EXZIDIT - G*

BP-S348.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Mink Psych. Dept | 9-28-1010 |
| FROM: D. Hates | REGISTER NO.: 30428-077 |
| WORK ASSIGNMENT: Unasigned | UNIT: S.M.U. C/305 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Dr. Mink this copout is in regards to some information I am trying to obtain on phobia's. We have discuss this issue verbally, please send me your pamphlet or any other pertinent information in this matter.

Also since you refuse to answer my other copout pertaining to phobia's or place it in my psychology files, please just send it back unanswered so I can submit it elsewhere.

* A Written Disposition is Requested *
(Do not write below this line)

DISPOSITION:

) Self-help Materials enclosed.
We can review on Tuesday.

| Signature Staff Member | Date |
|---|---|
| D Mink PsyD | 9/29/10 |

Record Copy - File; Copy - Inmate
This form replaced BP-S148.070 dated Oct 86

**Administrative Remedy No. 599686-A1**
**Part B – Response**

This is in response to your Central Office Administrative Remedy
Appeal, in which you claim that the living situations at USP
Lewisburg are inhumane.  Specifically, you claim the Lewisburg
SMU program has inadequate ventilation, inadequate maintenance,
and pest control issues.  You request immediate transfer to
another facility.

Our review of this matter reveals the Warden and the Regional
Director adequately responded to the issue you raise in this
appeal.  You were properly informed of the purpose and goals of
the Special Management Unit (SMU) program.  Additionally,
pursuant to Program Statement 5217.01, Special Management Units,
an inmate in this program has more restrictive conditions of
confinement than the general population.  You were also properly
told and provided with a SMU Handbook upon your arrival at the
Lewisburg SMU, advising you that you are required to participate
in the SMU program for approximately 24 months.  Therefore, as
you have already been informed, due to your placement in the SMU
Program you are required to complete Phases I & II at USP
Lewisburg, prior to being submitted for transfer to another
jurisdiction for completion of Phases III & IV.

Our review further reveals you were properly informed that all
asbestos has been removed from inmate living areas.  You were
also properly informed that all housing units are treated
monthly for pests, however, if you continue to have problem with
pests, you may submit an "Inmate Request to Staff" to the Safety
Department to receive additional pest treatments to your cell.
You are encouraged to access sick call to be evaluated if you
feel your health has been adversely affected.

Based on the above information, your appeal is denied.


_____          _____
February 4, 2011                     Harrell Watts, Administrator
Date                                 National Inmate Appeals AWE

*Final Admin Appeal
from
Central Offie*

# STATE OF PENNSYLVANIA
## UNION - COUNTY

Affidavit:

### Statement of DAVID E. KATES

I, inmate David E. Kates can attest to as true fact, on numerous of occasions while living on G-Block at the U.S.P. Lewisburg prison that I have been subjected to horrible shower conditions at this old 72-year old prison. All of G-Unit showers on the 3rd floor only have one drain in the middle shower for the three showers subjecting me to all kinds of bodily fluids from other inmates, (i.e.) blood, urine, semen, salvia and other communable, diseases therefore enhancing myself to infections. Also the cells are rat + roach infested, have no ventilation system lead paint, exposure, rust and traces of abastos. I swear up under the penalty of perjury and in Gods name pursuant to 28 U.S.C. 1746 the above mention statement is true and correct.

Date: 2-23-2011    2011  Affiant  David E. Kates

Inmate Name: _DAVID E. Mates_

Register Number: _30728-077_

United States Penitentiary

P.O. Box 1000

Lewisburg, PA 17837

NO FEE
accds 0

RECEIVED
SCRANTON

MAR 0 1 2011

PER

DEPUTY CLERK

FEB 2 2011

\* Legal-Mail \*

(Clerk)

U.S. District Court

William J. Nealon Fed Bldg.

235 North Washington Ave.

P.O. BOX 1148

Scranton, PA

18501-1148



\* Legal-Ma