# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID E. KATES,

    Plaintiff,

v.

B.A. BLEDSOE, et al.,

    Defendant.

CIVIL ACTION NO. 3:11-CV-00391

(JUDGE CAPUTO)

MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW** this __6th__ day of February, 2012, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 39) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 39) is **ADOPTED**.

(2)     Plaintiff's Motions for a Preliminary Injunction and for a Default Judgment (Doc. 18 and 24) are **DENIED**.

(3)     The case is **RECOMMITED** to Magistrate Judge Smyser for further proceedings.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge