IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. KATES, | |
| Plaintiff, | No. 3:11-CV-391 |
| v. | (JUDGE CAPUTO) |
| B. A. BLEDSOE, et al | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

## ORDER

**NOW** this _2nd_ day of April, 2012, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 85) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 85) is **ADOPTED.**

(2) Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (Doc. 46) is **DENIED.**

(3) This case is **RECOMMITTED** to the Magistrate Judge.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge