```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID E. KATES,                  : CIVIL NO: 3:11-CV-00391
                                 :
         Plaintiff               :
                                 : (Judge Caputo)
      v.                         :
                                 : (Magistrate Judge Smyser)
B.A. BLEDSOE,                    :
                                 :
         Defendant               :
```

## ORDER

After considering the factors set forth in *Tabron v. Grace*, 6 F.3d 147 (3d Cir. 1993), and for the reasons stated in the Order of July 27, 2011 denying the plaintiff's motion for the appointment of counsel, **IT IS ORDERED** that the plaintiff's most recent motion (doc. 108) for the appointment of counsel is **DENIED**.

Because the plaintiff has not filed a brief in support of his motion to object as required by Local Rule 7.5,[1] **IT IS ORDERED** that the motion (doc. 107) is deemed **WITHDRAWN**.

                                                     */s/ J. Andrew Smyser*
                                                     J. Andrew Smyser
                                                     Magistrate Judge

Dated: July 26, 2012.

---

1.   Local Rule 7.5 provides:

> Within fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion. If the motion seeks a protective order, a supporting brief shall be filed with the motion. If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn. A brief shall not be required: (a) In support of a motion for enlargement of time if the reasons for the request are fully stated in the motion, (b) In support of any motion which has concurrence of all parties, and the reasons for the motion and the relief sought are fully stated therein, or (c) In support of a motion for appointment of counsel.

Although we have done so before, *see docs. 10 & 80,* we again note for the plaintiff's benefit that a motion should be a short document entitled or captioned as a motion in which the litigant requests the relief that he is seeking. A brief in support of a motion is a separate document entitled or captioned as a brief in support of the motion in which a litigant sets forth his arguments for why he should be granted the relief requested in the motion.

2