**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DAVID E. KATES,

    Plaintiff,

        v.

B.A. BLEDSOE,

    Defendant.

CIVIL ACTION NO. 3:CV-11-0391

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 27th day of December, 2012, **IT IS HEREBY ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 136) is **ADOPTED in its entirety**.

(2) The Motion for a Preliminary Injunction and a Temporary Restraining Order (Doc. 111) is **DENIED**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge